379 A.2d 574

Cerami et al., Appellants, v. Auerbach et al.

Argued March 23, 1977. Howard D. Scher, with him Goodis, Greenfield, Henry & Edelstein, for appellants; Joseph L. Monte, Jr., submitted a brief for appellee, Auerbach; Garland D. Cherry, with him Kassab, Cherry, Curran and Archbold, for appellee, JAVC, Inc.

Decree affirmed.